# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
QUALITY TOWING; UNITED ROAD
SIDE SERVICES, INC.;
THRIFTY/DOLLAR RENTAL, INC.;
DTG OPERATIONS, INC.; AND MIKE
BROOKS,
Respondents.

No. 68780

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's motion to file a civil complaint after the district court granted respondents' motion to quash. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying a motion to file a civil complaint. *See* NRAP 3A(b). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-30589

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Percy Lavae Bacon
Toschi, Sidran, Collins, and Doyle
Mills & Associates
Eighth District Court Clerk